# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, a Trust Fund, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 09-0753-CV-W-GAF ) |
| APPROVED CONSTRUCTION & TILE, INC., | ) ) ) ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR DAMAGES

Now before the Court is Plaintiffs' Motion for Damages, filed on June 22, 2010. (Doc. # 25). On July 14, 2010, this Court ordered Defendant Approved Construction & Tile, Inc. to show cause on or before July 29, 2010, why Plaintiffs' Motion should not be granted. (Doc. # 27). To date, no response to the Motion or the Order to Show Cause has been filed. Accordingly, Plaintiffs' Motion is **GRANTED** and it is

**ORDERED** that Defendant Approved Construction & Tile, Inc. shall remit payment to counsel for Plaintiffs, Michael G. Newbold, Arnold, Newbold, Winter & Jackson, P.C., 1125 Grand Avenue, Suite 1600, Kansas City, Missouri, 64106, within thirty (30) days from the date of this Order in the following amounts:

1. In favor of Plaintiff Carpenters District Council of Kansas City Pension Fund and against Defendant for unpaid contributions, in the amount of FOURTEEN THOUSAND, SIX HUNDRED TWENTY-NINE AND 90/100 (**$14,629.90**) DOLLARS; for liquidated damages in the amount of TWO THOUSAND, NINE HUNDRED TWENTY-SIX AND 01/100 (**$2,926.01**) DOLLARS;, for interest in the amount of EIGHT HUNDRED FORTY-

FOUR AND 01/100 (**$844.01**) DOLLARS; audit costs in the amount of EIGHT THOUSAND, THIRTY-FIVE AND 50/100 (**$8,035.50**) DOLLARS; and for reasonable attorney's fees and costs incurred in the prosecution of this action in the amount of THREE THOUSAND, THREE HUNDRED EIGHTY-SEVEN AND 79/100 (**$3,387.79**) DOLLARS; for a total of TWENTY-NINE THOUSAND, EIGHT HUNDRED TWENTY-THREE AND 21/100 (**$29,823.21**) DOLLARS.

2. In favor of Plaintiff Carpenters District Council of Kansas City and Vicinity Welfare Fund and against Defendant for unpaid contributions in the amount of EIGHTEEN THOUSAND, NINE HUNDRED SEVENTY-SEVEN AND 47/100 (**$18,977.47**) DOLLARS; for liquidated damages in the amount of THREE THOUSAND, SEVEN HUNDRED NINETY-FIVE AND 52/100 (**$3,795.52**) DOLLARS; for interest in the amount of ONE THOUSAND, NINETY-FOUR AND 67/100 (**$1,094.67**) DOLLARS; audit costs in the amount of FOUR THOUSAND, NINE HUNDRED FIFTY-FIVE AND 23/100 (**$4,955.23**) DOLLARS; and for reasonable attorney's fees and costs incurred in the prosecution of this action in the amount of TWO THOUSAND, EIGHTY-NINE AND 14/100 (**$2,089.14**) DOLLARS; for a total of THIRTY THOUSAND, NINE HUNDRED TWELVE AND 03/100 (**$30,912.03**) DOLLARS.

3. In favor of Plaintiff Carpenters District Council of Kansas City and Vicinity Apprenticeship and Training Fund and against Defendant for unpaid contributions in the amount of ONE THOUSAND, THREE HUNDRED SEVENTY-THREE AND 62/100 (**$1,373.62**) DOLLARS; for liquidated damages in the amount of TWO HUNDRED SEVENTY-FOUR AND 73/100 (**$274.73**) DOLLARS; for interest in the amount of SEVENTY-NINE AND 24/100 (**$79.24**) DOLLARS; audit costs in the amount of TWO HUNDRED SIXTY-SEVEN

AND 85/100 **($267.85)** DOLLARS; and for reasonable attorney's fees and costs incurred in the prosecution of this action in the amount of ONE HUNDRED TWELVE AND 91/100 **($112.91)** DOLLARS; for a total of TWO THOUSAND, ONE HUNDRED EIGHT AND 35/100 **($2,108.35)** DOLLARS.

4. In favor of Plaintiff Carpenters District Council of Kansas City and Vicinity Vacation Fund and against Defendant for unpaid contributions in the amount of SIX THOUSAND, THREE HUNDRED TWENTY-FIVE AND 85/100 **($6,325.85)** DOLLARS; for liquidated damages in the amount of ONE THOUSAND, TWO HUNDRED SIXTY-FIVE AND 20/100 **($1,265.20)** DOLLARS; for interest in the amount of THREE HUNDRED SIXTY-FOUR AND 89/100 **($364.89)** DOLLARS; audit costs in the amount of ONE HUNDRED THIRTY-THREE AND 92/100 **($133.92)** DOLLARS; and for reasonable attorney's fees and costs incurred in the prosecution of this action in the amount of FIFTY-SIX AND 47/100 **($56.47)** DOLLARS; for a total of EIGHT THOUSAND, ONE HUNDRED FORTY-SIX AND 33/100 **($8,146.33)** DOLLARS.[1]

                                                                    s/ Gary A. Fenner
                                                                    Gary A. Fenner, Judge
                                                                    United States District Court

DATED: July 30, 2010

---

[1] The total amount of damages is SEVENTY THOUSAND, NINE HUNDRED EIGHTY-NINE AND 92/100 **($70,989.92)** DOLLARS.